UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


UNITED STATES OF AMERICA              )
                                      )
 v.                                   )       Criminal No.  07-50030-001
                                      )
JOSE GUADALUPE RIVERA-PEREZ           )


## ORDER OF DISMISSAL


Now on this 19th day of June, 2007, the above referenced matter comes on for

consideration the Government's Motion to Dismiss (document #31) the indictment in this matter

without prejudice with respect to defendant Jose Guadalupe Rivera-Perez.  The Court finds that

the motion, made pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure should be,

and it hereby is granted.

IT IS, THEREFORE, ORDERED that the indictment with respect to Jose Guadalupe

Rivera-Perez filed in the above-entitled and numbered cause is hereby dismissed without

prejudice.

IT IS SO ORDERED.


                                       /s/ Jimm Larry Hendren
                                      JIMM LARRY HENDREN
                                      CHIEF U. S. DISTRICT JUDGE


1